8266. BALD MOUNTAIN PORTLAND CEMENT COMPANY *v.* McGUIRK.

BROYLES, P. J. It not appearing that the court abused its discretion in the first grant of a new trial, and that the law and the facts required the verdict directed, the judgment granting the motion for a new trial must be        *Affirmed. Jenkins and Bloodworth, JJ., concur.*
DECIDED JUNE 7, 1917.

Complaint; from Fulton superior court—Judge Ellis. June 28, 1916.

*Jones & Shanklin, Walter McElreath,* for plaintiff.
*C. J. Lester, O. T. Lester,* for defendant.

---

8286. ATLANTA TRUST COMPANY, receiver, *v.* WILLINGHAM.

BROYLES, P. J. Under the facts of this case, a verified plea of no partnership having been duly filed, it was incumbent upon the plaintiff to prove the existence of the partnership. This it failed to do, the evidence as a whole clearly demanding a finding that the plea of no partnership had been sustained. The court, therefore, did not err in directing a verdict for the defendant.
*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
DECIDED JUNE 7, 1917.

Complaint; from DeKalb superior Court—Judge Smith. May 29, 1916.

*Evins & Moore,* for plaintiff.
*Bryan, Jordan & Middlebrooks,* for defendant.